**3/18/2015**                                              **COA No. 02-13-00319-CR**
**SMITH, MICHAEL OLIVER    Tr. Ct. No. 52,047-B**          **PD-0243-15**
On this day, this Court has denied the State's Emergency Motion to Stay
Proceedings in the 2nd Court of Appeals.

Abel Acosta, Clerk

DISTRICT ATTORNEY WICHITA COUNTY
MAUREEN SHELTON
900 7TH STREET RM 351
WICHITA FALLS, TX 76301
* DELIVERED VIA E-MAIL *

**3/18/2015**                                                    **COA No. 02-13-00319-CR**
**SMITH, MICHAEL OLIVER    Tr. Ct. No. 52,047-B**               **PD-0243-15**
On this day, this Court has denied the State's Emergency Motion to Stay
Proceedings in the 2nd Court of Appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**3/18/2015**                                                                         **COA No. 02-13-00319-CR**
**SMITH, MICHAEL OLIVER    Tr. Ct. No. 52,047-B**                    **PD-0243-15**
On this day, this Court has denied the State's Emergency Motion to Stay
Proceedings in the 2nd Court of Appeals.

Abel Acosta, Clerk

JOHN  GILLESPIE
ASSISTANT DISTRICT ATTORNEY
WICHITA COUNTY, TEXAS
900 7TH ST
WICHITA FALLS, TX  76301-2402
* DELIVERED VIA E-MAIL *

**3/18/2015**                                                                          **COA No. 02-13-00319-CR**
**SMITH, MICHAEL OLIVER    Tr. Ct. No. 52,047-B**                  **PD-0243-15**
On this day, this Court has denied the State's Emergency Motion to Stay
Proceedings in the 2nd Court of Appeals.

Abel Acosta, Clerk

MARK  BARBER

1101 SCOTT AVE STE 15
WICHITA FALLS, TX  76301-4660
\* DELIVERED VIA E-MAIL \*

**3/18/2015**                                                          **COA No. 02-13-00319-CR**
**SMITH, MICHAEL OLIVER    Tr. Ct. No. 52,047-B**              **PD-0243-15**
On this day, this Court has denied the State's Emergency Motion to Stay Proceedings in the 2nd Court of Appeals.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**3/18/2015**                                                  **COA No. 02-13-00319-CR**
**SMITH, MICHAEL OLIVER    Tr. Ct. No. 52,047-B**          **PD-0243-15**
On this day, this Court has denied the State's Emergency Motion to Stay
Proceedings in the 2nd Court of Appeals.

Abel Acosta, Clerk

JOHN W. BRASHER
SPECIAL PROSECUTOR
900 8TH STREET
WICHITA FALLS, TX  76301
* DELIVERED VIA E-MAIL *